[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| OPEN TECHNOLOGY FUND,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>KARI LAKE, et al.,<br><br>Defendants-Appellants. | No. 26-5031 |

**APPELLANTS' UNOPPOSED MOTION FOR A 14-DAY EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Pursuant to Federal Rule of Appellate Procedure 27 and D.C. Circuit Rule 27(g), defendants-appellants, the United States Agency for Global Media ("USAGM"), Office of Management and Budget, and certain officials with USAGM in their official capacities, respectfully request a 14-day extension of time, from March 26, 2026, to and including April 9, 2026, in which to respond to the motion to dismiss filed by plaintiff-appellee Open Technology Fund. This motion is unopposed.

1. This case concerns a preliminary injunction concerning a reimbursement practice designed to align USAGM's procedures with governing regulations.

2. On March 16, 2026, Open Technology Fund moved to dismiss the appeal. Open Technology Fund argues that this appeal is moot.

3. Good cause exists for this extension. USAGM has a new Acting CEO as of March 12, 2026, Michael J. Rigas, and USAGM needs time to evaluate its position in this action.

4. Further, the attorneys with primary responsibility for representing the government in this appeal are Douglas C. Dreier and Daniel Tenny. Mr. Dreier will be occupied with other pressing matters during the briefing period, including assisting in the preparation of the government's brief in *Dickinson v. Trump*, No. 26-1609 (9th Cir.), a First Amendment case.

Mr. Tenny will be occupied with other pressing appellate matters during the briefing period, including the following: *E.K. v. Department of Defense Education Activity*, No. 25-2497 (4th Cir.) (brief due March 27, 2026); *United States v. State of New York*, No. 26-104 (2d Cir.) (brief due March 27, 2026); *Outsourcing Facilities v. FDA*, Nos. 25-10758, 25-

10600 (5th Cir.) (supervising oral arguments March 30, 2026); *Therrien v. Hearst Television, Inc.*, No. 25-1487 (1st Cir.) (brief due April 1, 2026); and *Palacio v. FDA*, No. 24-12446 (11th Cir.) (supervising oral argument April 8, 2026). Mr. Tenny will also be out of the office on annual leave during the week of March 30.

5. Counsel for the government has contacted counsel for plaintiff, who consents to the requested extension.

6. Accordingly, with plaintiff's consent, this Court should extend the time for responding to plaintiff's motion to dismiss by 14 days, to and including April 9, 2026.

Respectfully submitted,

DANIEL TENNY

*/s/ Douglas C. Dreier*
DOUGLAS C. DREIER
*Attorneys, Appellate Staff*
*Civil Division, Room 7264*
*U.S. Department of Justice*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*
(202) 514-4452

MARCH 2026

**CERTIFICATE OF COMPLIANCE**

I hereby certify that Appellants' unopposed motion complies with Fed. R. App. P. 27(d)(2)(A), in that it contains 353 words, is in 14-point font, and utilizes Century Schoolbook typeface.

/s/ *Douglas C. Dreier*
DOUGLAS C. DREIER

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system. I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Douglas C. Dreier*
DOUGLAS C. DREIER