# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5031**                                    **September Term, 2025**

**1:25-cv-00840-RCL**

**Filed On: March 23, 2026** [2165106]

Open Technology Fund,

       Appellee

    v.

Kari Lake, et al.,

       Appellants

**O R D E R**

Upon consideration of appellants' unopposed motion for extension of time to respond to motion to dismiss, it is

**ORDERED** that the motion for extension of time be granted. Appellants' response to the motion to dismiss is now due April 9, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
     Louis Karl Fisher
     Deputy Clerk