[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

OPEN TECHNOLOGY FUND,

        Plaintiff-Appellee,

        v.

KARI LAKE, et al.,

        Defendants-Appellants.

No. 26-5031

## **JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

Plaintiff-appellee Open Technology Fund and defendants-appellants, the United States Agency for Global Media ("USAGM"), Office of Management and Budget, and officials with USAGM in their official capacities, hereby stipulate and agree that this appeal shall be voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b)(1), and that each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

/s/ *Patrick O. Daugherty*
Patrick O. Daugherty
Michael Farber
Taylor Mayhall
Van Ness Feldman, LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 298-1800
Facsimile: (202) 338-2416
Email: pod@vnf.com
mfarber@vnf.com
tmayhall@vnf.com

DANIEL TENNY

*/s/ Douglas C. Dreier*
DOUGLAS C. DREIER
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7264*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue, NW*
  *Washington, DC 20530*
  (202) 514-4452

*Attorneys for Appellants*

Sophia E. Amberson
Liberty Quihuis
Van Ness Feldman, LLP
1191 Second Avenue
Suite 1800
Seattle, WA 98101
Telephone: (206) 623-9372
Email: samberson@vnf.com
lquihuis@vnf.com

*Attorneys for Appellee*

APRIL 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this Stipulation complies with Fed. R. App. P. 27(d)(2)(A), in that it contains 58 words, is in 14-point font, and utilizes Century Schoolbook typeface.

/s/ *Douglas C. Dreier*
DOUGLAS C. DREIER

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate CM/ECF system.  I also hereby certify that the participants in the case are registered CM/ECF users and will be served via the CM/ECF system.

/s/ *Douglas C. Dreier*
DOUGLAS C. DREIER