# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5031**                                           **September Term, 2025**

**1:25-cv-00840-RCL**

**Filed On: April 15, 2026**

Open Technology Fund,

       Appellee

    v.

Kari Lake, et al.,

       Appellants

**O R D E R**

Upon consideration of the stipulation of dismissal, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed.  It is

**FURTHER ORDERED** that appellee's motion to dismiss this case be dismissed as moot.

No mandate will issue.

                     **FOR THE COURT:**
                     Clifton B. Cislak, Clerk

             BY:    /s/
                     Laura M. Morgan
                     Deputy Clerk